# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| RAYMOND E. MORRISON,<br><br>    Plaintiff,<br><br>vs.<br><br>MICHAEL J. ASTRUE,<br>Commissioner of Social Security,<br><br>    Defendant. | NO. CV-08-079-JPH<br><br>**JUDGMENT IN A CIVIL CASE** |

**DECISION BY THE COURT:**

This action came to hearing before the court. The issues have been heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that:

Plaintiff's Motion for Summary Judgment is **GRANTED**. The matter is **REMANDED** for additional proceedings, and Judgment is entered for Plaintiff.

DATED this 14th day of October, 2008.

                                            JAMES R. LARSEN<br>
                                            District Court Executive/Clerk


                                            by: _s/ Karen White_____<br>
                                                   Deputy Clerk

cc: all counsel